AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>Kwaine Brengettcy<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)        5:20-mj-00011<br>)<br>)<br>) |

**FILED**
FEB 2 8 2020
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  February 28, 2020  in the county of  Raleigh  in the
Southern District of  West Virginia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §841(a)(1) | Possession with Intent to Distribute Methamphetamine |

This criminal complaint is based on these facts:

On 2/28/20, TFO Jonathan Weaver, with ATF, participated in executing a search warrant on 704 Circle View Dr., Beckley, WV. Inside the residence, officers located multiple people, including Kwaine Brengettcy. Brengettcy was leapt from a chair with a jacket hanging on it. Inside the jacket, officers located 21 grams of methamphetamine, which field tested positive. Brengettcy admitted to owning the recovered meth and to being a meth dealer.

☐ Continued on the attached sheet.

*Complainant's signature*

Jonathan Weaver, Task Force Officer ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  02/28/2020

*Judge's signature*

City and state:  Charleston, West Virginia          Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*